UNITD STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
[CLERK'S] OFFICE
2004 JUL 23 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

ERANTZ STERLIN
  PLAINTIFF

    VS
MASSACHUSETTS DEPARTMEN OF CORRECTIONS
MICHAEL MALONEY, ET AL
PLYMOUTH COUNTY SHERIFF DEPARTMENT
JOSEPH MC DONOUGH, ET AL

MOTION TO PROCEED IN FORMA PAUPERIS

    Now comes the plaintiff, FRANTZ STERLIN, (HEREINAFTER STERLIN an inmate at the BRISTOL COUNTY HOUSE OF CORRECTION and hereby moves this honorable court to grant him leave to proceed in forma pauperis or as a poor person. Declaration in support of this motion is enclosed.

RESPECTFULLY SUBMITTED

*(signature)*
FRANTZ STERLIN, PRO SE
400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, M.A. 0274