UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
2004 JUL 23 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

FRANTZ STERLIN
    PLAINTIFF

VS.

MASSACHUSETTS DEPARTMENT OF CORRECTIONS
MICHAEL T MALONEY, ET AL.
PLYMOUTH COUNTY SHERIFF DEPARTMENT
JOSEPH MCDONOUGH, ET AL,

CIVIL ACTION#_____

DECLARATION IN SUPPORT OF MOTION/REQUEST
TO PROCEED IN FORMA PAUPERIS.

I, FRANTZ STERLIN, declare that i am the plaintiff in the above entitled case; that in support of my motion to proceed in forma pauperis and without being required to prepay fees costs or give security therfor, I sate that because of my poverty i am unable to pay the costs of said proceeding or to give security therefor, that i believe i am entitled to relief.

1) I am currently incarcerated and not gainfully employed. my last employment was in february of 1999 My last salary was $12.40 an hour

2) I am currently being supported by family gifts and other funds not from bussiness or real estate.

3) I have no monies/funds in savings or checking accounts. i do however have about $ 30 in my canteen account.

4) I don't own any real estate, bonds, stock, notes, automobile, or any other valuable property.

5) I don't owe any money/payments for the support of my children. I do spend about 80 dollars a month in food $ 40-45 a month for stationary, toilettery, itemms. i ma also paying $28.50 a month for my tuition bill at stratford carrer institute.

I Declare under pain and penalty of perjury that the foregoing is true and correct.

FRANTZ STERLIN