UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FRANTZ STERLIN
PLAINTIFF

  VS.

MASSACHUSETTS DEPARTMENT OF CORRECTIONS
MICHAEL T. MALONEY, ET AL
PLYMOUTH COUNTY SHERIFF DEPARTMENT
JOSEPH MC DONOUGH, ET AL


MOTION TO APPOINT COUNSEL


   Now comes the plaintiff FRANTZ STERLIN (HEREAFTER STERLIN An inmate at the BRISTOL COUNTY HOUSE OF CORRECTION and moves this honorable court to appoint counsel to represent him in the above entitled case. affidavit to support this motion is enclosed please see whisenant V. yuam  739 F 2d 160,163 (1984)


                              RESPECTFULLY SUBMITTED

                              /s/ Frantz Sterlin
                              FRANTZ STERLIN, PRO SE
                              400 FAUNCE CORNER ROAD
                              NORTH DARTMOUTH. M.A. 02747