UNITED STATES DISTRICT COURT.
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FRANTZ STERLIN
PLAINTIFF
    VS.
MASSACHUSETTS DEPARTMANT OF CORRECTIONS
 MICHAEL T MALONEY, ET AL
PLYMOUTH COUNTY SHERIFF DEPARTMENT
JOPH MCDONOUGH, TE AL

CIVIL ACTION # 04-11692 NG

AFFIDAVIT IN SUPPORT OF MOTION
TO APPOINT COUNSEL

I, FRANTZ STERLIN, being duly sworn, deposes and says

1) I am an inmate at the BRISTO COUNTY HOUSE OF CORRECTIONS.

2) I am currently unemployed.

3) I cannot afford the costs assotiated with retaining counsel and pay court related costs.

4) I have limited knowledge of the law and it's languages.

5) I am writing these documents with the aide of various samples and sources.

6) I am not familiar with the manner of gathering and presenting documents for discovery and exhibits.

7) There are complex issues that exhists in this case that needs exoerties and investigating.

8) There are numerous defendants that needs to be notified plaintiff needs assistance in making sure that all parties involve gets their notices.

I AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. ON THIS 20th DAY OF JULY, 2004.

*/s/ Frantz Sterlin*
FRANTZ STERLIN