UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
2004 JUL 23 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

---

FRANTZ STERLIN
  PLAINTIFF

VS.                                                CIVIL ACTION #
                                                   04-11692-NG
MASSACHUSETTS DEPARTMENT OF CORRECTIONS            Referred to MJ JL Alexander
MICHAEL T. MALONEY FORMER COMMISSIONER
KATHLEEN M. DENNEHY CURRENT COMMISSIONER
DIANE K. SILVA  HEAD OF CLASSIFICATION
      ET AL.
PLYMOUTH COUNTY SHERIFF DEPARTMENT
JOSEPH McDONOUGH SHERIFF
MATTHEW HANLEY SPECIAL SHERIFF
BRIAN GILLEN DEOUTY SUOERINTENDENT
CHARLES LINCOLN DIRECTOR OF SECURITY
TONY MONIZ DIRECTOR OF SECURITY
RICHARD CARDINAL ADMINISTRATIVE DEPUTY SHERIFF
PAUL GAVONI UNIT TEAM MANAGER
JOYCE HOOLEY FORMER CHAIRPERSON OF CLASSIFICATION
ROBIN McGRORY C.C.W./CHAIRPERSON OF CLASSIFICATION
       ET   AL.

ARE BEING SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

---

COMPLANT FOR TORT AND NEGLIGENCE

PRELIMINARY STATEMENT

          This is acivil rights action filed by FRANTZ STERLI [HEREANDAFTER STERLIN] a former state prisoner in the custody of the massachusetts department of corrections and it's commissioner. whom was housed at the Plymouthh county corrections facility in Plymouth, MA. The plaintiff assert claim of tort and negligence on the part of the officials for their classification practice and lack of screening that has put plaintiff well being and safety in jeopardy. their( the officials) actions and lack thereof has caused plaintiff physical pain and suffering as well as permanent scaring from the assault that he suffered. the plaintiff seeks punitive and monetary compensation for his pain and suffering from the named defendants.

JURISDICTION

1) this court has jurisdiction to hear this tort and negligence case pursuant to 28 U.S.C§1331

2) this court has supplemental jurisdiction pursuant to 28U.S.C§1367.

PARTIES

3) The plaintiff FRANTZ STERLIN was at all times relevant to these incidents a state prisoner in the custody of the massachusetts department of corrections. He was housed at the Plymouth county correctional facility. He is now incarcerated at the Bristol county house of corrections.

4) Defendant MICHAEL T. MALONEY was at all times relevant to this incidents the commissioner of the M.D.O.C. his place of bussiness is/was 50 maple street suite 3, Milford M.A 01757

5) Defendant KATHLEEN M. DENNEHY is at all times to thes incidents deputy commissioner and current commissioner of the M.D.O.C. her place of employment 50 maple street suite #3, milford, MA 01757.

6) Defendant DIANE K. SILVA was at all times relevant to these incidents the head of classification for the M.D.O.C. her place of employment is P.O.BOX 188, norfolk M.A 02056.

7) Defendant JOSEPH McDONOUGH is at all times relevant to these incidents sheriff of the Plymouth county sheriss department. his place of business is 24 long pond road, plymouth ma 02360.

8) Defendant MATTHEW HANLEY is at all times relevant to these incidents special sheriff of the plymouth county sheriff department. His place of bussiness is 24 long pond road, plymouth MA 02360.

9) Defendant BRIAN GILLEN is at all times relevant to these matters deputy superintendent of the plymouth county correctional facility. his place of bussiness is 26 long pond road, plymouth MA 02360.

10) Defendant CHARLES LINCOLN was at all relevant times director of security of the plymouth county correctional facility. His Place of business was 26 long pond road plymouth ma 02360.

11) Defendant TONY MONIZ is currently the director of security for the plymouth county correctional facility. His place of business is 26 long pon road, plymouth ma 02360.

12) Defendant RICHARD CARDINAL is at all times relevant to these matters administrative deputy sheriff department. his place of business is 26 long pond road plymouth ma 02360.

13) Defenda    PAUL GAVONI is at all times relevant to these incidents unit team manager in charge of housing unit E1, where the incidents occured. His place of business is 26 long pond road, plymouth MA. 02360

14) Defendant JOYCE HOLLHEY was the head of the classification board for the M.D.O.C She sat through the classification board as chairperson at the plymouth county correctional facility. As of august, 2003; she was part of the parole board that plaintiff went before and was cenied release at that hearing as well. her current place of business is unknown to the plaintiff.

15) Defendant ROBIN McGRORY was at all times relevant to the september 7, 2001 assault the caseworker for housing unit E1. She is now the chairperson for M.D.O.C. in replacement JOYCE HOLLEY. Her place of business is 26 long pond road plymouth MA 02360.

FACTS

16) On wednesday june 28, 2001; plaintiff was moved from M.C.I. Concord to the plymouth county correctional facility.

17) On august 13, 2001; plaintiff sent a request to defendant U.T.M. Gavoni. He requested the defendant assistance with a problem he was having with inmate DUANE COOK.

18) On september 1, 2001, plaintiff again sent a request to U.T.M Gavoni telling him that it was urgent that he spoke with him.

19) On september 7, 2001; after plaintiff finished his diner. Plaintiff was standing in his assigned cell drinking some water.

20) INmate Duane Cook entered plaintiff's cell and sucker punched plaintiff from behind. he turned around and was again punched by inmate cook numerous times.

21) as a result of said assault; plaintiff has a scare on his bottom lip and trouble swallowing his meals because of blows he received to his throat area during the assault.

22) On sunday November 9, 2003, while plaintiff stood just inside the doorway of his assigned cell; inmate KELONJI HOLLOWAY entered plaintiff cell and assaulted him with a homemade knife fashioned out of a razor.(~~as a result of said assault; plaintiff~~)

23) Plaintiff fought off the attacker as best as he could

24) As a result of the above assault; plaintiff has two bite marks on his left shoulder and a scar on his right hear and neck.

25) On sunday june 20, 2004; While plaintiff was out in recreation in unit G-1(gnw), he met inmate JOHN NOBLE whom was housed in cell 212.

26) While speaking with inmate NOBLE; he (inmate NOBLE) related to plaintiff that he had been assaulted by inmate HOLLOWAY. to my observation, inmate NOBLE had a black swollen right eye, a cut that looked like it was stitched closed. as well as another cut on his right cheek.

CONCLUSION

The shoddy classification screening of the massachusetts department of corrections in sending prisoners to PLYMOUTH COUNTY CORRECTIONAL FACILITY puts a broad range of people in danger. MICHAEL T. MALONEY, KATHLEEN DENNEHY, and DIANE SILVA are very well aware of these dangers yet they do nothing to instill policy standard for classification that would put aggressive prisoners in a place where they won't harm noone or less violent prisoners. The greed of sheriff JOSEPH McDONOUGH in allowing/accepting potentially dangerous prisoners to be housed with general population. Defendant MATTHEW HANLEY, BRIAN GILLEN RICHARD CARDINAL, CHARLES LINCOLN, TONY MONIZ, PAUL GAVONI, JOYCE HOOLLEY, ROBIN McGRORY, ET AL, should do more to protect other prisoners from being harmed. They should have insituted a much more thorough screening process. They should furthermore investigate every complaint and warning of possible dangers. unit team manager PAUL GAVONI could have prevented the assault by inmate DUANE COOK had he took heed to plaintiff's request.

REMEDY

Plaintiff respectfully prays that this honorable court to grant judgement to him in the form of punitive and monetary compensation in the sum of:

$40,000 severally and individually against defendants MALONEY, DENNEHY, SILVA, McDONOUGH, HANLEY, GILLEN, CARDINAL, GAVONI, MONIZ, LINCOLN, HOOLLEY, McGRORY.

2) Grant plaintiff such other relief as the court deems just and appropriate.

3) The plaintiff demans a jury trial.

I affirm, under penalty of perjury that the foregoing is true and correct to the best of my immediate knowledge.

RESPE CTFULLY SUBMITTED ON THIS 20th DAY OF JULY, 2004.


*[signature]*
FRANTZ STERLIN
400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, M.A 02747

## Account Activity Ledger

Date : 07/16/2004
Time : 14:19

From : 07/10/2004   To : 07/16/2004

Instno: DAR

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 131261 | Name STERLIN, FRANTZ | | | Block GB | | | Previous Balance | 39.40 |
| Sales Transaction | 07/13/2004 | 08:15 | I#137516 | I | 28.68 | | | 10.72 |

|   |   |   |   |
|---|---|---|---|
| Deposits | 0 | For $ | 0.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 1 | For $ | 28.68 |

Page :   167

## Account Activity Ledger

Date : 07/09/2004
Time : 14:29

From : 07/03/2004   To : 07/09/2004

Instno: DAR

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 131261 | Name STERLIN, FRANTZ | | Block GB | | | Previous Balance | | 69.51 |
| Sales Transaction | 07/07/2004 | 09:58 | I#137240 | I | 30.11 | | | 39.40 |

|  | | |
|---|---|---|
| Deposits | 0 For $ | 0.00 |
| Withdraws | 0 For $ | 0.00 |
| Invoices | 1 For $ | 30.11 |