UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frantz Sterlin,

               Plaintiff,

v.                           Civil Action No. 04-11692-NG

Mass. D.O.C. et al.,

               Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
**Plaintiff failed to file a certified copy of his prison account(s) for the 6-month period immediately preceding the filing of the complaint, as required by 28 U.S.C. § 1915(a)(2). Plaintiff is directed to file a certified copy of his prison account(s) within 42 days of the date of this Order, or this action will be dismissed without prejudice.**

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

9/9/04                                                        s/ Nancy Gertner
DATE                                              UNITED STATES DISTRICT JUDGE