UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANTZ STERLIN,          )<br>    Plaintiff,           )<br>                          )<br>    v.                    )<br>                          )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTIONS, ET AL,       )<br>    Defendants.           ) | CIVIL ACTION NO.<br>04-11692-NG |

### ORDER OF DISMISSAL

GERTNER, District Judge

In accordance with this Court's Order dated September 9, 2004 (#7) denying the Plaintiff's Application to Proceed Without Prepayment of Fees and directing the Plaintiff to submit a certified copy of his prison account for the last six months preceding the filing of the complaint, and advising that failing to do so, this action was subject to dismissal, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

It is FURTHER ORDERED that summonses previously issued by the clerk on September 10, 2004 are WITHDRAWN, and the United States Marshal shall not serve process on any of the defendants unless otherwise ordered by the Court.

                                BY THE COURT,

                                /s/ Maryellen Molloy
                                Deputy Clerk
Dated: November 3, 2004