

# Plymouth County Correctional Facility

Account #: 30448
Account Name: STERLIN, FRANTZ
Account Type: I   INMATE CANTEEN ACCOUNTS
SSN: 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   Indigent: No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/06/01 | 10:25 | CNTN | 1391580 | 36488 | OID:100067897-ComisaryPurch-Re | -$10.39 | $240.30 | 207094 | Purch20040601102258 |
| 2004/05/24 | 13:42 | CNTN | 1387860 | 36033 | OID:100067103-ComisaryPurch-Re | -$21.00 | $250.69 | 207094 | Purch20040524134027 |
| 2004/05/18 | 12:06 | CNTN | 1384563 | 35465 | OID:100065752-ComisaryPurch-Re | -$75.07 | $271.69 | 207094 | Purch20040518120522 |
| 2004/05/11 | 10:57 | DPMO | 1382725 | 4443020816 | CELIMENE STERLIN | $100.00 | $346.76 | 207094 | 20040511MAIL |
| 2004/05/06 | 14:42 | WDCA | 1379767 | | Certified mail | -$4.65 | $246.76 | 207094 | 20040506POST |
| 2004/05/06 | 11:56 | WDCK | 1379638 | 4085 | STAFFORD CAREER INSTITUTE | -$84.50 | $251.41 | 207094 | 05/06/2004CW |
| 2004/05/04 | 12:40 | WDCA | 1379272 | | mail to Everett, MA | -$3.95 | $335.91 | 207094 | 20040504POST |
| 2004/05/03 | 14:12 | CNTN | 1377286 | 34566 | OID:100064369-ComisaryPurch-Re | -$9.44 | $339.86 | 207094 | Purch20040503141045 |
| 2004/04/30 | 10:06 | DPCA | 1376301 | CASH | YOLANDA STERLIN | $100.00 | $349.30 | 207094 | 20040430V-CD |
| 2004/04/23 | 08:03 | DPMO | 1372272 | 8013089990 | SHAWN MCNEIL | $10.00 | $249.30 | 207094 | 20040422MAIL2 |
| 2004/04/16 | 10:08 | DPCA | 1368705 | | YOLANDE STERLIN 91 FOURTH Str | $90.00 | $239.30 | 207094 | 20040415V |
| 2004/04/16 | 07:52 | DPMO | 1368752 | 4357805546 | Esther Sterlin | $100.00 | $149.30 | 207094 | 20040415MAIL2 |
| 2004/04/12 | 14:32 | CNTN | 1366244 | 33024 | OID:100061262-ComisaryPurch-Re | -$38.90 | $49.30 | 207094 | Purch20040412143031 |
| 2004/04/06 | 13:28 | WDCA | 1364337 | | Certified mail | -$4.42 | $88.20 | 207094 | 20040406POST |
| 2004/04/05 | 14:23 | CNTN | 1362282 | 32374 | OID:100059592-ComisaryPurch-Re | -$23.66 | $92.62 | 207094 | Purch20040405142049 |
| 2004/03/29 | 14:04 | CNTN | 1358331 | 31898 | OID:100058850-ComisaryPurch-Re | -$35.75 | $116.28 | 207094 | Purch20040329140115 |
| 2004/03/24 | 10:13 | DPMO | 1356231 | 6092542237 | SHAWN MCNEIL | $10.00 | $152.03 | 207094 | 20040324MAIL2 |
| 2004/03/23 | 12:38 | WDCK | 1356094 | 3773 | SUFFOLK SUPERIOR COURT | -$135.00 | $142.03 | 207094 | 03/23/2004CW |
| 2004/03/23 | 12:34 | WDCK | 1356093 | 3772 | STRATFORD CAREER INST. | -$28.50 | $277.03 | 207094 | 03/23/2004CW |
| 2004/03/22 | 14:10 | CNTN | 1354037 | 31308 | OID:100057669-ComisaryPurch-Re | -$20.26 | $305.53 | 207094 | Purch20040322140746 |
| 2004/03/15 | 13:23 | CNTN | 1350115 | 30877 | OID:100057107-ComisaryPurch-Re | -$22.70 | $325.79 | 207094 | Purch20040315131851 |
| 2004/03/15 | 08:12 | DPMO | 1349115 | 6569079840 | CELIMENE STERLIN | $100.00 | $348.49 | 207094 | 20040312MAIL |
| 2004/03/08 | 14:56 | CNTN | 1345946 | 30176 | OID:100055251-ComisaryPurch-Re | -$23.66 | $248.49 | 207094 | Purch20040308145446 |
| 2004/03/08 | 07:57 | DPMO | 1344611 | 6092541482 | SHAWN MCNEIL | $10.00 | $272.15 | 207094 | 20040305MAIL |
| 2004/03/01 | 14:19 | CNTN | 1341847 | 29613 | OID:100054114-ComisaryPurch-Re | -$18.43 | $262.15 | 207094 | Purch20040301141721 |
| 2004/02/25 | 11:16 | DPMO | 1339956 | 6092554131 | SHAWN MCNEIL | $10.00 | $280.58 | 207094 | 20040225MAIL |
| 2004/02/24 | 13:16 | WDCK | 1339815 | 3593 | Columbia Human Rights Law Rev | -$43.00 | $270.58 | 207094 | 02/24/2004CW |
| 2004/02/24 | 08:38 | CNTN | 1337854 | 29081 | OID:100053110-ComisaryPurch-Re | -$21.38 | $313.58 | 207094 | Purch20040224083654 |
| 2004/02/19 | 08:02 | DPMO | 1336220 | 4436600151 | CELIMENE STERLIN | $100.00 | $334.96 | 207094 | 20040218MAIL2 |
| 2004/02/17 | 09:48 | CNTN | 1333471 | 27704 | OID:100052373-Comisar | -$35.45 | $234.96 | 207094 | Purch20040217094735 |

Printed: 6/2/2004   9:34   Page: 1

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/02/12 | 14:48 | WDCK | 1332826 | 3516 | VERIZON | -$200.00 | $270.41 | 207094 | 02/12/2004CW |
| 2004/02/09 | 14:57 | CNTN | 1329804 | 27142 | OID:100050936-ComisaryPurch-Re | -$6.56 | $470.41 | 207094 | Purch20040209145532 |
| 2004/02/02 | 14:32 | CNTN | 1325824 | 26512 | OID:100049644-ComisaryPurch-Re | -$19.19 | $476.97 | 207094 | Purch20040202143031 |
| 2004/01/27 | 13:54 | WDCK | 1323906 | 3371 | STRATFORD CAREER INST. | -$57.00 | $496.16 | 207094 | 01/27/2004CW |
| 2004/01/27 | 08:09 | CNTN | 1321999 | 26130 | OID:100049330-ComisaryPurch-Re | -$11.90 | $553.16 | 207094 | Purch20040127080746 |
| 2004/01/20 | 09:51 | CNTN | 1318200 | 25500 | OID:100047610-ComisaryPurch-Re | -$22.46 | $565.06 | 207094 | Purch20040120094828 |
| 2004/01/16 | 12:24 | WDCA | 1317808 | | certified mail | -$9.30 | $587.52 | 207094 | 20040116POST |
| 2004/01/08 | 10:45 | WDCA | 1313726 | | Attorney Lisa Kling | -$3.95 | $596.82 | 207094 | 20040108POST |
| 2004/01/05 | 14:26 | CNTN | 1310573 | 24410 | OID:100045400-ComisaryPurch-Re | -$9.70 | $600.77 | 207094 | Purch20040105142420 |
| 2003/12/29 | 09:23 | CNTN | 1306480 | 24053 | OID:100045034-ComisaryPurch-Re | -$20.01 | $610.47 | 207094 | Purch20031229092155 |
| 2003/12/19 | 08:08 | CNTN | 1301542 | 23050 | OID:100042260-ComisaryRefund-R | $5.61 | $630.48 | 207094 | Purch20031219080823 |
| 2003/12/17 | 14:03 | WDCA | 1301027 | | legal mail | -$2.81 | $624.87 | 207094 | 20031217POST |
| 2003/12/15 | 13:18 | CNTN | 1298550 | 22886 | OID:100042260-ComisaryPurch-Re | -$20.04 | $627.68 | 207094 | Purch20031215131639 |
| 2003/12/11 | 10:48 | DPMO | 1296739 | 6232366045 | OLGA STERLIN | $75.00 | $647.72 | 207094 | 20031211MAIL |
| 2003/12/10 | 10:36 | WDCA | 1296531 | | Yolanda Sterlin | -$3.85 | $572.72 | 207094 | 20031210POST |
| 2003/12/08 | 09:54 | CNTN | 1294155 | 22323 | OID:100041132-ComisaryPurch-Re | -$25.36 | $576.57 | 207094 | Purch20031208095251 |
| 2003/12/05 | 14:45 | WDCK | 1293787 | 3122 | STRATFORD CAREER INSTITUTE | -$57.00 | $601.93 | 207094 | 12/05/2003CW |
| 2003/12/03 | 11:21 | WDCA | 1292633 | | MAIL TO JEAN WILLIAM | -$5.60 | $658.93 | 207094 | 20031203POST |
| 2003/12/01 | 14:23 | CNTN | 1290265 | 21848 | OID:100040379-ComisaryPurch-Re | -$43.44 | $664.53 | 207094 | Purch20031201142211 |
| 2003/11/25 | 10:40 | DPMO | 1288874 | 4388527192 | CLAUDY STERLIN | $100.00 | $707.97 | 207094 | 20031125MAIL2 |
| 2003/11/14 | 14:04 | WDCA | 1281614 | | outgoing mail | -$4.40 | $607.97 | 207094 | 20031114POST |
| 2003/11/10 | 09:44 | CNTN | 1278529 | 20172 | OID:100036530-ComisaryPurch-Re | -$7.65 | $612.37 | 207094 | Purch20031110094231 |
| 2003/10/17 | 12:29 | WDCK | 1265556 | 2876 | VERIZON | -$350.00 | $620.02 | 207094 | 10/17/2003CW |
| 2003/10/07 | 14:16 | WDCA | 1260862 | | mail to Olga Sterlin | -$3.85 | $970.02 | 207094 | 20031007POST |
| 2003/10/06 | 14:40 | CNTN | 1258813 | 17656 | OID:100031299-ComisaryPurch-Re | -$7.98 | $973.87 | 207094 | Purch20031006143835 |
| 2003/10/06 | 08:11 | DPMO | 1257683 | 5959193938 | Y. STERLIN | $100.00 | $981.85 | 207094 | 20031003MAIL |
| 2003/09/30 | 10:37 | DPMO | 1256858 | 6108454080 | CLAUDY STERLIN | $100.00 | $881.85 | 207094 | 20030930MAIL |
| 2003/09/08 | 08:13 | CNTN | 1242896 | 15189 | OID:100025596-ComisaryRefund-R | $18.17 | $781.85 | 207094 | Purch20030908081321 |
| 2003/09/05 | 14:15 | WDCA | 1242597 | | mail to Jean Willaim | -$15.25 | $763.68 | 207094 | 20030905POST |
| 2003/09/02 | 12:53 | DPCA | 1238699 | | CELIMENE STERLIN 236 EIGHT ST | $100.00 | $778.93 | 207094 | 20030831V |
| 2003/09/02 | 09:25 | CNTN | 1239213 | 15062 | OID:100025596-ComisaryPurch-Re | -$18.17 | $678.93 | 207094 | Purch20030902092403 |
| 2003/08/28 | 13:05 | CNTN | 1237915 | 14649 | OID:100023875-ComisaryRefund-R | $5.06 | $697.10 | 207094 | Purch20030828130137 |
| 2003/08/25 | 15:07 | CNTN | 1235276 | 14501 | OID:100024316-ComisaryPurch-Re | -$8.69 | $692.04 | 207094 | Purch20030825150614 |
| 2003/08/18 | 13:37 | CNTN | 1231240 | 14063 | OID:100023875-ComisaryPurch-Re | -$5.06 | $700.73 | 207094 | Purch20030818133554 |
| 2003/08/12 | 08:27 | DPMO | 1226914 | 8734207427 | CELIMENE STERLIN | $100.00 | $705.79 | 207094 | 20030811MAIL |

Printed:  6/2/2004    9:34                                                Page:   2

# Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2003/08/11 | 14:54 | CNTN | 1227135 | 13315 | OID:100021737-ComisaryPurch-Re | -$17.10 | $605.79 | 207094 | Purch20030811145327 |
| 2003/08/11 | 09:12 | CNTN | 1226094 | 12997 | OID:100021522-ComisaryRefund-R | $1.50 | $622.89 | 207094 | Purch20030811091208 |
| 2003/08/05 | 12:31 | WDCA | 1224924 | | mail to Jean William | -$15.25 | $621.39 | 207094 | 20030805POST |
| 2003/08/05 | 08:12 | DPMO | 1224651 | 130002265 | Y.STERLIN | $100.00 | $636.64 | 207094 | 20030804MAIL2 |
| 2003/08/04 | 14:35 | CNTN | 1222812 | 12924 | OID:100021522-ComisaryPurch-Re | -$14.45 | $536.64 | 207094 | Purch20030804143443 |
| 2003/07/29 | 12:12 | CNTN | 1220481 | 12352 | OID:100020360-ComisaryPurch-Re | -$9.93 | $551.09 | 207094 | Purch20030729121101 |
| 2003/07/21 | 14:34 | CNTN | 1214925 | 11353 | OID:100018532-ComisaryPurch-Re | -$16.35 | $561.02 | 207094 | Purch20030721143331 |
| 2003/07/10 | 11:26 | DPMO | 1208255 | 8734205420 | G. STERLIN | $100.00 | $577.37 | 207094 | 20030710MAIL |
| 2003/06/24 | 13:23 | WDCK | 1200213 | 2304 | VERIZON | -$75.00 | $477.37 | 207094 | 06/24/2003CW |
| 2003/06/20 | 08:13 | DPMO | 1197023 | 130002159 | YOLANDE STERLIN | $100.00 | $552.37 | 207094 | 20030619MAIL3 |
| 2003/06/19 | 08:41 | DPMO | 1196545 | 8822028271 | STERLIN FAMILY | $190.00 | $452.37 | 207094 | 20030618MAIL2 |
| 2003/06/16 | 14:53 | CNTN | 1194713 | 86052 | OID:100013676-ComisaryPurch-Re | -$15.63 | $262.37 | 207094 | Purch20030616145000 |
| 2003/06/16 | 09:50 | CNTN | 1194031 | 82290 | OID:100011695-ComisaryRefund-R | $0.50 | $278.00 | 207094 | Purch20030616094908 |
| 2003/06/16 | 08:18 | DPMO | 1193469 | 5569859362 | OLGA STERLIN | $100.00 | $277.50 | 207094 | 20030613MAIL |
| 2003/06/12 | 11:30 | WDCA | 1193169 | | MAIL OUT | -$15.25 | $177.50 | 207094 | 20030612POST |
| 2003/06/10 | 11:00 | DPMO | 1192431 | 8844188241 | CELIMENE STERLIN | $100.00 | $192.75 | 207094 | 20030610MAIL |
| 2003/06/09 | 14:57 | CNTN | 1190576 | 81296 | OID:100012838-ComisaryPurch-Re | -$44.94 | $92.75 | 207094 | Purch20030609145330 |
| 2003/06/09 | 12:16 | DPCA | 1190006 | | DEANA MARSHALL | $6.00 | $137.69 | 207094 | 20030608V |
| 2003/06/06 | 15:01 | WDCA | 1189794 | | CERTIFIED MAIL | -$4.42 | $131.69 | 207094 | 20030606POST |
| 2003/06/02 | 14:59 | CNTN | 1186859 | 76326 | OID:100011695-ComisaryPurch-Re | -$31.35 | $136.11 | 207094 | Purch20030602145444 |
| 2003/06/02 | 08:04 | DPMO | 1186149 | 130002114 | YOLANDA STERLIN | $60.00 | $167.46 | 207094 | 20030530MAIL |
| 2003/05/27 | 14:34 | CNTN | 1183067 | 68910 | OID:100010868-ComisaryPurch-Re | -$25.62 | $107.46 | 207094 | Purch20030527142807 |
| 2003/05/19 | 14:57 | CNTN | 1179513 | 63590 | OID:100009707-ComisaryPurch-Re | -$19.05 | $133.08 | 207094 | Purch20030519145257 |
| 2003/05/15 | 08:18 | CNTN | 1175941 | 57532 | OID:100008198-ComisaryPurch-Re | -$21.67 | $152.13 | 207094 | Purch20030514145804 |
| 2003/05/12 | 11:36 | DPCA | 1174654 | | VANDA PIRES | $12.00 | $173.80 | 207094 | 20030511V |
| 2003/05/06 | 10:08 | CNTN | 1171889 | 53680 | OID:100007744-ComisaryPurch-Re | -$32.38 | $161.80 | 207094 | Purch20030506094527 |
| 2003/05/02 | 15:33 | WDCA | 1170613 | | MAIL TO NY | -$5.30 | $194.18 | 207094 | 20030502POST |
| 2003/04/28 | 15:02 | CNTN | 1168056 | 49180 | OID:100006705-ComisaryPurch-Re | -$11.09 | $199.48 | 207094 | Purch20030428145834 |
| 2003/04/28 | 12:23 | DPCA | 1167303 | | VANDA PIRES | $4.00 | $210.57 | 207094 | 20030427V |
| 2003/04/22 | 09:38 | CNTN | 1163952 | 43266 | OID:100005317-ComisaryPurch-Re | -$10.90 | $206.57 | 207094 | Purch20030422093537 |
| 2003/04/14 | 14:58 | CNTN | 1159875 | 37964 | OID:100004392-ComisaryPurch-Re | -$30.46 | $217.47 | 207094 | Purch20030414144814 |
| 2003/04/14 | 12:09 | DPCA | 1159076 | | VANDA PIRES | $12.00 | $247.93 | 207094 | 20030413V |
| 2003/04/11 | 08:42 | DPMO | 1157911 | TR.EXP(2) | CLAUDY STERLIN & A.STERLIN | $150.00 | $235.93 | 207094 | 20030410MAIL |
| 2003/04/08 | 09:07 | CNTN | 1155368 | 33394 | OID:100003805-ComisaryPurch-Re | -$41.18 | $85.93 | 207094 | Purch20030408090036 |
| 2003/04/04 | 10:08 | WDCA | 1153484 | | PERSONAL MAIL | -$5.30 | $127.11 | 207094 | 20030404POST |
| 2003/04/03 | 15:31 | WDCK | 1153155 | 1882 | IN TOUCH MINISTRIES | -$60.00 | $132.41 | 207094 | 04/03/2003CW |
| 2003/04/01 | 09:04 | CNTN | 1150385 | 21830 | OID:100002306-Comisar | -$14.70 | $192.41 | 207094 | Purch20030401090214 |

Printed:   6/2/2004         9:34                                                                                                          Page:   3

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2003/03/28 | 13:06 | DPMO | 1149124 | 130002007 | YOLANDE STERLIN | $100.00 | $207.11 | 207094 | 20030328MAIL |
| 2003/03/25 | 14:54 | CNTN | 1145860 | 13962 | OID:100001197-Comisar yPurch-Re | -$40.75 | $107.11 | 207094 | Purch20030325144308 |
| 2003/03/20 | 13:22 | CNTN | 1142556 | 6650 | OID:100000371-Comisar yPurch-Re | -$29.26 | $147.86 | 207094 | Purch20030320131142 |
| 2003/03/14 | 14:12 | DPMO | 1140436 | 725 | ALIMENE STERLIN | $100.00 | $177.12 | 207094 | 03/14/2003 |
| 2003/03/14 | 13:59 | CNTN | 1138946 | 17334 | CANTEEN | -$46.16 | $77.12 | 207094 | 03/10/2003 |
| 2003/03/14 | 12:27 | CNTN | 1137315 | 17332 | CANTEEN | -$27.25 | $123.28 | 207094 | 03/04/2003 |
| 2003/03/14 | 12:27 | CNTN | 1137107 | 17332 | CANTEEN | -$32.19 | $150.53 | 207094 | 03/04/2003 |
| 2003/03/14 | 12:22 | CNTN | 1134717 | 17331 | CANTEEN | -$21.01 | $182.72 | 207094 | 02/24/2003 |
| 2003/03/14 | 11:19 | WDCK | 1140405 | 3000 | CHRISTIAN RESEARCH INSTITUTE | -$25.00 | $203.73 | 207094 | 03/14/2003 |
| 2003/03/04 | 09:46 | DPMO | 1137235 | 725 | A. STERLIN | $100.00 | $228.73 | 207094 | 03/03/2003 |
| 2003/03/04 | 09:46 | DPMO | 1137230 | 725 | Y. STERLIN | $50.00 | $128.73 | 207094 | 03/03/2003 |
| 2003/02/24 | 14:43 | WDCA | 1134850 | 3000 | PAY TO: 4 MAIL TO W.HAVEN, CT | -$1.98 | $78.73 | 207094 | 02/24/2003 |
| 2003/02/24 | 09:15 | CNTN | 1132898 | 14172 | CANTEEN | -$21.20 | $80.71 | 207094 | 02/19/2003 |
| 2003/02/21 | 12:55 | WDCK | 1134153 | 3000 | TO ATTORNEY MARK AVERY | -$500.00 | $101.91 | 207094 | 02/21/2003 |
| 2003/02/20 | 15:03 | CNTN | 1130373 | 13801 | CANTEEN | -$30.35 | $601.91 | 207094 | 02/10/2003 |
| 2003/02/13 | 11:00 | WDCA | 1132100 | 3000 | PAY TO: 4 MAIL TO WM. JEAN | -$7.65 | $632.26 | 207094 | 02/13/2003 |
| 2003/02/11 | 12:47 | DPMO | 1131234 | 725 | OLGA STERLIN | $100.00 | $639.91 | 207094 | 02/11/2003 |
| 2003/02/04 | 10:46 | CNTN | 1128924 | 11428 | CANTEEN | -$19.36 | $539.91 | 207094 | 02/03/2003 |
| 2003/01/31 | 14:14 | CNTN | 1128089 | 11018 | CANTEEN | $1.50 | $559.27 | 207094 | 01/29/2003 |
| 2003/01/31 | 14:14 | CNTN | 1126908 | 11018 | CANTEEN | -$19.48 | $557.77 | 207094 | 01/27/2003 |
| 2003/01/31 | 14:08 | CNTN | 1125869 | 11017 | CANTEEN | -$22.33 | $577.25 | 207094 | 01/22/2003 |
| 2003/01/31 | 10:18 | DPMO | 1128464 | 725 | CELIMENE STERLIN | $100.00 | $599.58 | 207094 | 01/30/2003 |
| 2003/01/28 | 13:14 | WDCK | 1127622 | 3000 | CHRISTIAN RESEARCH INST. | -$15.00 | $499.58 | 207094 | 01/28/2003 |
| 2003/01/24 | 13:50 | CNTN | 1123706 | 10009 | CANTEEN | -$8.14 | $514.58 | 207094 | 01/14/2003 |
| 2003/01/24 | 09:50 | DPCA | 1126582 | 892 | LUBIN, JULIENNE | $40.00 | $522.72 | 207094 | 01/23/2003 |
| 2003/01/13 | 08:07 | CNTN | 1121952 | 7633 | CANTEEN | -$16.25 | $482.72 | 207094 | 01/08/2003 |
| 2003/01/13 | 07:42 | CNTN | 1119436 | 7613 | CANTEEN | -$15.39 | $498.97 | 207094 | 12/31/2002 |
| 2003/01/13 | 07:25 | CNTN | 1113253 | 7600 | CANTEEN | -$16.38 | $514.36 | 207094 | 12/10/2002 |
| 2003/01/13 | 07:21 | CNTN | 1111653 | 7596 | CANTEEN | -$23.39 | $530.74 | 207094 | 12/03/2002 |
| 2003/01/13 | 07:12 | CNTN | 1100561 | 7593 | CANTEEN | -$10.64 | $554.13 | 207094 | 11/19/2002 |
| 2003/01/13 | 07:08 | CNTN | 1098718 | 7592 | CANTEEN | -$9.18 | $564.77 | 207094 | 11/13/2002 |
| 2003/01/03 | 14:56 | WDCA | 1120670 | 3000 | PAY TO: 4 MAIL PACKAGE | -$7.00 | $573.95 | 207094 | 01/03/2003 |
| 2002/12/31 | 10:19 | WDCK | 1119447 | 3000 | ATTY. MARK AVERY | -$200.00 | $580.95 | 207094 | 12/31/2002 |
| 2002/12/31 | 10:01 | DPMO | 1119393 | 725 | ALIX | $500.00 | $780.95 | 207094 | 12/30/2002 |
| 2002/12/30 | 09:01 | DPMO | 1118546 | 725 | GINA LUPIN | $50.00 | $280.95 | 207094 | 12/27/2002 |
| 2002/12/17 | 10:28 | DPMO | 1115467 | 725 | CELIMENE STERLIN | $100.00 | $230.95 | 207094 | 12/16/2002 |
| 2002/12/13 | 10:58 | WDCA | 1114444 | 3000 | PAY TO: 4 | -$3.95 | $130.95 | 207094 | 12/13/2002 |
| 2002/12/10 | 12:39 | DPMO | 1113510 | 725 | CLAUDY STERLIN | $20.00 | $134.90 | 207094 | 12/10/2002 |
| 2002/12/04 | 09:57 | WDCA | 1111983 | 3000 | PAY TO: 4 MAIL | -$3.95 | $114.90 | 207094 | 12/04/2002 |
| 2002/12/03 | 12:05 | WDCK | 1111668 | 3000 | TO ATTORNEY MARK | -$135.00 | $118.85 | 207094 | 12/03/2002 |

Printed:  6/2/2004  9:34                                                                 Page: 4

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2002/11/29 | 10:32 | DPCA | 1110412 | 782 | AVERY STERLIN, OLGA | $100.00 | $253.85 | 207094 | 11/28/2002 |
| 2002/11/29 | 10:30 | CNTN | 1096755 | 504 | CANTEEN | -$25.77 | $153.85 | 207094 | 11/06/2002 |
| 2002/11/27 | 13:40 | CNTN | 1093086 | 365 | CANTEEN | -$10.13 | $179.62 | 207094 | 10/16/2002 |
| 2002/11/25 | 13:09 | CNTN | 1107980 | 248814 | CANTEEN | -$8.10 | $189.75 | 207094 | 10/23/2002 |
| 2002/11/25 | 12:40 | CNTN | 1106348 | 248791 | CANTEEN | -$9.40 | $197.85 | 207094 | 10/01/2002 |
| 2002/11/25 | 12:36 | CNTN | 1105318 | 248784 | CANTEEN | -$28.53 | $207.25 | 207094 | 09/24/2002 |
| 2002/11/25 | 10:33 | CNTN | 1102545 | 248700 | CANTEEN | -$30.25 | $235.78 | 207094 | 09/05/2002 |
| 2002/11/14 | 11:06 | WDCA | 1099244 | 3000 | PAY TO: 4 MAIL | -$10.35 | $266.03 | 207094 | 11/14/2002 |
| 2002/10/30 | 09:55 | DPMO | 1095351 | 725 | C.STERLIN | $100.00 | $276.38 | 207094 | 10/29/2002 |
| 2002/10/01 | 12:10 | WDCA | 1089850 | 3000 | PAY TO: 4 MAIL OUT PACKAGE | -$3.95 | $176.38 | 207094 | 10/01/2002 |
| 2002/09/18 | 10:12 | DPMO | 1087969 | 725 | CELIMENE STERLIN | $100.00 | $180.33 | 207094 | 09/16/2002 |
| 2002/09/16 | 09:04 | CNTN | 1085997 | 238099 | CANTEEN | -$31.87 | $80.33 | 207094 | 08/20/2002 |
| 2002/09/16 | 09:00 | CNTN | 1085129 | 238095 | CANTEEN | -$11.38 | $112.20 | 207094 | 08/13/2002 |
| 2002/09/16 | 08:55 | CNTN | 1083934 | 238094 | CANTEEN | -$8.68 | $123.58 | 207094 | 08/06/2002 |
| 2002/09/10 | 10:34 | DPMO | 1082799 | 725 | OLGA STERLIN | $50.00 | $132.26 | 207094 | 09/09/2002 |
| 2002/08/23 | 15:14 | CNTN | 1080150 | 234993 | CANTEEN | -$35.42 | $82.26 | 207094 | 07/30/2002 |
| 2002/08/23 | 15:09 | CNTN | 1079015 | 234992 | CANTEEN | -$18.70 | $117.68 | 207094 | 07/23/2002 |
| 2002/08/23 | 14:53 | CNTN | 1078169 | 234991 | CANTEEN | -$10.39 | $136.38 | 207094 | 07/16/2002 |
| 2002/08/23 | 14:50 | CNTN | 1077675 | 234990 | CANTEEN | $0.60 | $146.77 | 207094 | 07/12/2002 |
| 2002/08/23 | 14:50 | CNTN | 1077670 | 234990 | CANTEEN | $1.36 | $146.17 | 207094 | 07/12/2002 |
| 2002/08/23 | 14:47 | CNTN | 1076935 | 234990 | CANTEEN | -$46.88 | $144.81 | 207094 | 07/09/2002 |
| 2002/08/23 | 12:13 | CNTN | 1076334 | 234864 | CANTEEN | -$3.99 | $191.69 | 207094 | 07/03/2002 |
| 2002/08/21 | 14:27 | WDCK | 1075362 | 3000 | ATTORNEY MARK AVERY | -$165.00 | $195.68 | 207094 | 08/21/2002 |
| 2002/08/09 | 11:29 | DPCA | 1073841 | 892 | LUBIN, GINA | $100.00 | $360.68 | 207094 | 08/08/2002 |
| 2002/08/09 | 11:29 | DPMO | 1073769 | 725 | C. STERLIN | $100.00 | $260.68 | 207094 | 08/07/2002 |
| 2002/07/23 | 15:33 | CNTN | 1070457 | 229998 | CANTEEN | -$23.80 | $160.68 | 207094 | 06/20/2002 |
| 2002/07/23 | 15:02 | CNTN | 1068282 | 229995 | CANTEEN | -$25.14 | $184.48 | 207094 | 06/04/2002 |
| 2002/07/16 | 12:14 | DPMO | 1066729 | 725 | OLGA STERLIN | $60.00 | $209.62 | 207094 | 07/15/2002 |
| 2002/07/12 | 13:11 | DPCA | 1066346 | 892 | GINA RUBIN | $40.00 | $149.62 | 207094 | 07/11/2002 |
| 2002/07/08 | 12:49 | DPCA | 1065212 | 599 | VIOLA CHRISTIAN VERNON | $5.00 | $109.62 | 207094 | 07/07/2002 |
| 2002/07/01 | 11:57 | DPMO | 1064550 | 725 | GINA LUBIN | $50.00 | $104.62 | 207094 | 06/28/2002 |
| 2002/07/01 | 09:44 | CNTN | 1062878 | 226508 | CANTEEN | -$47.10 | $54.62 | 207094 | 05/21/2002 |
| 2002/07/01 | 08:52 | CNTN | 1060910 | 226503 | CANTEEN | -$24.00 | $101.72 | 207094 | 05/07/2002 |
| 2002/05/23 | 09:35 | CNTN | 1055239 | 221427 | CANTEEN | -$36.82 | $125.72 | 207094 | 05/01/2002 |
| 2002/05/23 | 09:21 | CNTN | 1054103 | 221426 | CANTEEN | -$11.85 | $162.54 | 207094 | 04/23/2002 |
| 2002/05/23 | 09:16 | CNTN | 1053136 | 221425 | CANTEEN | -$50.03 | $174.39 | 207094 | 04/17/2002 |
| 2002/05/22 | 11:47 | CNTN | 1052007 | 221266 | CANTEEN | -$22.30 | $224.42 | 207094 | 04/09/2002 |
| 2002/05/22 | 10:37 | CNTN | 1051089 | 221220 | CANTEEN | $3.25 | $246.72 | 207094 | 04/03/2002 |
| 2002/05/22 | 10:37 | CNTN | 1051084 | 221220 | CANTEEN | -$38.50 | $243.47 | 207094 | 04/03/2002 |
| 2002/04/30 | 10:31 | DPCA | 1047678 | 658 | DAWNA MACDONALD | $20.00 | $281.97 | 207094 | 04/29/2002 |
| 2002/04/23 | 10:54 | WDCA | 1046943 | 3000 | PAY TO: 4 MAIL TO W.HAVEN,CT. | -$6.45 | $261.97 | 207094 | 04/23/2002 |
| 2002/04/19 | 12:05 | DPMO | 1046484 | 1152 | CELIMENE STERLIN | $100.00 | $268.42 | 207094 | 04/18/2002 |

Printed: 6/2/2004    9:34    Page: 5

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2002/04/11 | 13:25 | CNTN | 1044594 | 215343 | CANTEEN | $3.30 | $168.42 | 207094 | 03/22/2002 |
| 2002/04/11 | 13:21 | CNTN | 1043212 | 215342 | CANTEEN | -$55.07 | $165.12 | 207094 | 03/13/2002 |
| 2002/04/11 | 13:18 | CNTN | 1041800 | 215341 | CANTEEN | -$24.03 | $220.19 | 207094 | 03/05/2002 |
| 2002/04/05 | 12:13 | DPCA | 1040366 | 268 | CLAUDY MCDONALD | $100.00 | $244.22 | 207094 | 04/04/2002 |
| 2002/03/26 | 11:05 | WDCA | 1039108 | 3000 | PAY TO: 4 CERTIFIED MAIL | -$7.20 | $144.22 | 207094 | 03/26/2002 |
| 2002/03/07 | 13:05 | CNTN | 1035507 | 210086 | CANTEEN | -$37.97 | $151.42 | 103000 | 02/26/2002 |
| 2002/03/06 | 14:20 | CNTN | 1033628 | 209873 | CANTEEN | -$28.33 | $189.39 | 103000 | 02/13/2002 |
| 2002/02/22 | 12:40 | DPMO | 1031000 | 725 | CELIMENE STERLIN | $100.00 | $217.72 | 103000 | 02/22/2002 |
| 2002/02/21 | 11:33 | CNTN | 1029943 | 208100 | CANTEEN | -$29.59 | $117.72 | 103000 | 02/05/2002 |
| 2002/02/21 | 09:55 | CNTN | 1029210 | 208030 | CANTEEN | -$7.92 | $147.31 | 103000 | 12/05/2001 |
| 2002/02/06 | 14:01 | CNTN | 1025982 | 205968 | CANTEEN | -$20.15 | $155.23 | 103000 | 01/30/2002 |
| 2002/02/06 | 13:35 | CNTN | 1024960 | 205955 | CANTEEN | -$34.84 | $175.38 | 103000 | 01/16/2002 |
| 2002/02/04 | 15:00 | CNTN | 1021813 | 205373 | CANTEEN | -$3.94 | $210.22 | 103000 | 01/04/2002 |
| 2002/02/04 | 14:59 | CNTN | 1020978 | 205373 | CANTEEN | $2.25 | $214.16 | 103000 | 12/29/2001 |
| 2002/02/04 | 14:56 | CNTN | 1020204 | 205372 | CANTEEN | -$46.95 | $211.91 | 103000 | 12/26/2001 |
| 2002/02/04 | 14:41 | CNTN | 1019422 | 205371 | CANTEEN | -$45.10 | $258.86 | 103000 | 12/19/2001 |
| 2002/02/04 | 14:41 | CNTN | 1019402 | 205371 | CANTEEN | $3.75 | $303.96 | 103000 | 12/19/2001 |
| 2002/02/04 | 13:54 | CNTN | 1013382 | 205365 | CANTEEN | -$8.34 | $300.21 | 103000 | 10/30/2001 |
| 2002/02/04 | 13:21 | CNTN | 1010747 | 205362 | CANTEEN | -$59.95 | $308.55 | 103000 | 10/10/2001 |
| 2002/02/04 | 11:51 | CNTN | 1009607 | 205361 | CANTEEN | -$11.70 | $368.50 | 103000 | 10/03/2001 |
| 2001/12/24 | 13:03 | DPCA | 1004127 | 662 | OLSA STERIN | $100.00 | $380.20 | 103000 | 12/23/2001 |
| 2001/12/21 | 11:21 | DPMO | 1003924 | 725 | C. STERLIN | $100.00 | $280.20 | 103000 | 12/21/2001 |
| 2001/11/06 | 11:03 | DPMO | 997893 | 725 | A. STERLIN | $100.00 | $180.20 | 103000 | 11/05/2001 |
| 2001/10/24 | 16:02 | CNTN | 995770 | 190885 | CANTEEN | $10.94 | $80.20 | 103000 | 09/26/2001 |
| 2001/10/24 | 16:01 | CNTN | 995491 | 190885 | CANTEEN | -$10.94 | $69.26 | 103000 | 09/25/2001 |
| 2001/10/24 | 15:37 | CNTN | 994549 | 190884 | CANTEEN | -$10.04 | $80.20 | 103000 | 09/18/2001 |
| 2001/10/12 | 09:34 | WDCK | 992783 | 3000 | TO ATTORNEY MARK AVERY | -$350.00 | $90.24 | 103000 | 10/12/2001 |
| 2001/10/09 | 13:41 | DPCA | 991950 | 1048 | JUNICE LAGUERRE | $40.00 | $440.24 | 103000 | 10/06/2001 |
| 2001/09/26 | 16:06 | CNTN | 989695 | 187325 | CANTEEN | -$9.90 | $400.24 | 103000 | 09/11/2001 |
| 2001/09/26 | 16:02 | CNTN | 989056 | 187324 | CANTEEN | -$47.03 | $410.14 | 103000 | 09/05/2001 |
| 2001/09/21 | 11:28 | DPMO | 987807 | 725 | C. STERLIN | $100.00 | $457.17 | 103000 | 09/19/2001 |
| 2001/09/19 | 10:19 | WDCA | 987608 | 3000 | PAY TO: 4 MAIL TO NEW YORK | -$3.95 | $357.17 | 103000 | 09/19/2001 |
| 2001/09/13 | 10:46 | DPMO | 986952 | 725 | GINA LUBIN | $50.00 | $361.12 | 103000 | 09/12/2001 |
| 2001/09/11 | 08:11 | ENCU | 986545 | CNTNPURCH | CANTEEN | $0.00 | $311.12 | 103000 | 09/11/2001 |
| 2001/08/22 | 16:05 | CNTN | 980372 | 182370 | CANTEEN | -$6.57 | $311.12 | 103000 | 08/08/2001 |
| 2001/08/14 | 14:57 | WDCA | 978831 | 3000 | PAY TO: 4 MAIL TO BRIDGEPORT, | -$3.10 | $317.69 | 103000 | 08/14/2001 |
| 2001/08/06 | 16:15 | CNTN | 977089 | 179787 | CANTEEN | -$10.70 | $320.79 | 103000 | 07/31/2001 |
| 2001/08/06 | 09:24 | CNTN | 975855 | 179786 | CANTEEN | -$9.95 | $331.49 | 103000 | 07/24/2001 |
| 2001/07/30 | 13:06 | DPCA | 974591 | 1048 | MARIE FAUSTIN | $10.00 | $341.44 | 103000 | 07/29/2001 |
| 2001/07/24 | 09:35 | DPMO | 973999 | 725 | C. STERLIN | $150.00 | $331.44 | 103000 | 07/23/2001 |
| 2001/07/23 | 15:33 | CNTN | 973173 | 178054 | CANTEEN | -$18.66 | $181.44 | 103000 | 07/17/2001 |
| 2001/07/11 | 11:16 | DPCK | 966118 | 725 | MCI CONCORD | $200.10 | $200.10 | 103000 | 07/10/2001 |

Printed:  6/2/2004    9:34                           Page:   6