SUFFOLK County HOUSE Correction
20 Bradston Street
Boston MA Gatte
October 20, 2004

United States District Court
office of the Clerk
United States Courthouse
1. Court House Way, Suite 2300
Boston, MA L2210

RE: STERLIN V. MASS DOC et A
Civil Action No. 04-11692-NG

DEAR CLERK:

How are you doing? well
and in good health I pray
as you are reading this
letter.

ENRLIER today Agent PEREZ
assisted me in retrieving
some of my legal paperwork.
As per Justic Nancy Gertner's
order; I am in an attempt
of complying with the order
enclosing a an unlentify
copy of my canteen activity

Or 93 days. Friday will make it exactly 4 weeks since I have been here at the Suffolk County House Of Corrections.

According to the order dated September 9, 2004, I had 42 days to send these informations to the clerk. I am afraid that I may be to late. I did however sent a letter to the Clerks Office asking for an extention. I don't know what print did that letter produce.

Thank you for your time and much consideration. Please kindly mark me up for a hearing on or before November 5, 2004. Also I notice that my copy of the complaint wasn't in my property, would you be able to assist me in obtaining a copy of that complaint that I may enclose it with the summons?